```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 36938
   MINNIE L NEAL
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2975


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/06/2004 and was confirmed 12/01/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  67.00%.

     The case was paid in full 02/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
------------------------------------------------------------------------------
AMERICAN GENERAL FINANCI  SECURED              200.00             9.39          200.00
AMERICAN GENERAL FINANCI  UNSECURED        NOT FILED              .00              .00
OPTION ONE MORTGAGE       CURRENT MORTG         .00               .00              .00
WELLS FARGO AUTO FINANCE  SECURED             7065.00           480.35         7065.00
WELLS FARGO AUTO FINANCE  UNSECURED           1024.16             .00           686.19
ACTION CARD               UNSECURED        NOT FILED              .00              .00
BANK FIRST                UNSECURED        NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED           1502.46             .00          1006.65
CAPITAL ONE               UNSECURED        NOT FILED              .00              .00
ECAST SETTLEMENT CORP     UNSECURED           1262.43             .00           845.83
ROUNDUP FUNDING LLC       UNSECURED           4325.03             .00          2897.77
HOMEQ SERVICING           FILED LATE          1152.33             .00              .00
ECAST SETTLEMENT CORP     UNSECURED            569.42             .00           381.51
SEARS ROEBUCK & CO        UNSECURED        NOT FILED              .00              .00
LEGAL HELPERS PC          DEBTOR ATTY       1,050.00                           1,050.00
TOM VAUGHN                TRUSTEE                                               858.10
DEBTOR REFUND             REFUND                                                592.21

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 16,073.00

PRIORITY                                               .00
SECURED                                            7,265.00
     INTEREST                                        489.74
UNSECURED                                          5,817.95
ADMINISTRATIVE                                     1,050.00
TRUSTEE COMPENSATION                                 858.10
DEBTOR REFUND                                        592.21
                        ---------------        ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 36938 MINNIE L NEAL
```

```
TOTALS                                      16,073.00           16,073.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 05/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```